UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscouts.gov

In re:                                                                  Case No. 26-11015-RAM

DBJ US CORP.,                                                 Chapter 11, Subch. V
d/b/a DENNY'S
d/b/a DENNY'S AMERICA'S DINER,

Debtor-in-Possession.

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, **DBJ US Corp.** ("DBJ" or "DIP" or "Debtor") files this *Chapter 11 Case Management Summary* and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of *Order for Relief* under Chapter 11, Subchapter V: **January 27, 2026.**

2. Names, case numbers and dates of filing of related Debtors: **None.**

3. Description of Debtor's business: **Debtor owns and operates a family-run Denny's franchise 24/7 diner, (d/b/a Denny's d/b/a Denny's America's Diner), on Miami Beach, in the South Beach área of Washington Avenue and 14th Street. The Restaruant has 96 seat capacity, per City of Miami Beach, and 97-seat capacity per the State of Florida. Restatuart. 2025 was the Debtor's first full year of operations.**

4. Locations of Debtor's operations and whether the business premises are leased or owned: **Debtor leases, under a long-term lease, its restaurant space (@ 3,127 sq. ft., with capacity for 96-97 seats) at 1427 Washington Avenue, Miami Beach, FL 33139.**

5. Reasons for filing chapter 11: In August of 2018, **Owners incorporated DIP with an eye to develop a successful 24/7 diner on Miami Beach. DIP's Director of Operations and Corporate Secretary, Brenda Saavedra, even went to work for Dennys Corporation to become familiar with the brand and their expectations from 2018 through 2019; and, on Discovery Day,**

*BS*

in Spartanburg, South Carolina, May, 2019, DIP was approved to be a Denny's franchisee. Upon franchise approval, DIP sought out various locations on Miami Beach; and, had been initially approved for one location in 2019 on Washington Avenue (Miami Beach); but, this location fell through as the purported landlord would not agree to Denny's corporate requirements. Having unfortunately lost a year of valuable time negotiating with the previous proposed landlord of the Denny's-approved location, DIP had to search and identify a new location, while staying within the allowable radius of approved area of operations. This search period took in excess of a year. DIP eventually identified a new proposed location, 1427 Washington Avenue, Miami Beach, FL 33139 (the "Premises"), and signed a letter of intent ("LOI") in October, 2021, for said Premises. DIP negotiated a long-term lease for the Premises with the Landlord (Giumel Kodesh, LLC), for an initial ten (10) year period containing four (4) separate 5-year renewal options, between February and March, 2022 (as subsequently modified in August, 2022), and DIP formally took possession of the Premises on August 18, 2022, per that certain "Demised Premises Delivery Date And Possession Agreement". DIP also negotiated a Denny's restaurant franchise with DFO, LLC (a Delaware corporation) ("Franchisor") in August, 2022, and executed a Franchise Agreement with Franchisor, for a long-term Denny's restaurant franchise (the "Franchise"), containing mandatory obligations for design and buildout compliance, as well as operational obligations, restrictions, maintenance and royalty and advertising fee payment. Having successfully negotiated the lease for the Premises and obtained the Franchise, DIP pursued financing for the buildout and eventually entered into a loan commitment letter on October 23, 2023 with Lake Michigan Credit Union ("LMCU" or "Secured Creditor"); and, thereafter, on January 3, 2024, DIP entered into a Small Business Administration guaranteed Construction Loan Agreement ("SBA Loan Agreement") (as modified October 3, 2024) with LMCU, borrowing the sum of $1,415,000.00. LMCU, as secured creditor, recorded a UCC-1, under instrument number 2024000478377 on January 5th, 2024 with the State of Florida Secured Transactions Registry, purportedly securing as collateral pretty much all of DIP's personalty, including furniture and equipment; the value of which, DIP believes is substantially less than the sum due under the SBA Loan Agreement. Note, DIP is unaware of any other creditors that could claim a secured interest in any of Debtor's assets as the sole UCC-1 of record with the State of Florida Secured Transactions Registry is the afore-described UCC-1 recorded by LMCU as a secured creditor. DIP, upon entering into the SBA Loan Agreement, immediately commenced the buildout process of the Premises, with the DIP's general contractor commencing services in January, 2024; which stalled by virtue of the need for the Landlord to elevate the floor of the entire property in March, 2024. The buildout construction concluded in November 2024,

*BS*

with the Certificate of Occupancy, Certificate of Use and Miami Beach Business Tax Receipt ("BTR") being issued in December, 2024; and, DIP's first day opening was on December 26, 2024. The significant delay in opening and operations, coupled with the exhaustion of personal investments by the Owners and less-than-expected anticipated sales, negatively impacted and delayed DIP's income, which was further exasperated by the Secured Creditor commencing a replevin action in Miami-Dade County Court (which could not be settled, despite Debor's best efforts), the commencement of an eviction action by the Landlord and the seizure, by the Florida Department of Revenue, of a substantial portion of Debtor's operating funds in January, 2026 – all of which led to the eventual filing of the instant Bankruptcy Case.

6.  List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

    **Javier Saavedra**  
    **President./Director**  
    13431 SW 24 Street  
    Miami, FL 33175  
    **Salary/Benefits: NONE**

    **Maria Saavedra,**  
    **Vice Pres./Director**  
    134341 SW 24 Street  
    Miami, FL 33175  
    **Salary/Benefits: NONE**

    **Brenda Saavedra, Sec./Director**  
    13431 SW 24 Street  
    Miami, FL 33175  
    **Salary/Benefits: @ $75,000.00**

7.  Debtor's fiscal or calendar year-to-date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    | | |
    |---|---|
    | **January 1-27, 2026:** | $114,895.30 |
    | **Gross YE 2025:** | $1,612,552.90 |

8.  Amounts owed to various creditors:

    a.  Obligations owed to priority creditors including priority tax obligations:

    **Approximately:**

    -Florida Department of Revenue $68,793.30  
    -Miami Beach Tax Collector $2,316.95  
    -Internal Revenue Service $0

    b.  With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and

*BS*

        estimated value of all colateral of the Debtor securing their claims:

        **-Lake Michigan Credit Union:  $1,415,000.00[1]**
**Collateral: Furniture, fixtures and equipment. Value, per appraisal, is $47,005.00**.

    **c.**  Amount of general unsecured claims:
        **Approximately $1,591,225.20 (much of which is disputed, unliquidated and otherwise contingent).**

9.    General description and approximate value of the Debtor's assets:[2]

| | |
|---|---|
| **Bank Accounts** | **$14,143.59** |
| **FPL Elect. Deposit** | **$3,581.66** |
| **Premises Lease Deposit** | **$31,666.88** |
| **Perishable Goods (food products)** | **$9,082.52** |
| **Office Equipment/Smallware** | **$1,120.00** |
| **Electronics-Office** | **$6,000.00** |
| **Backroom Equipment/Fixtures** | **$35,705.00** |
| **Front Room/Furnishings** | **$5,300.00** |

10.    List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

        **Worker's Compensation Policy**
**Policy No. WC1056575**
**Current**
**Copper Point Premier Insurance Companies**
**Renewal Date: 08/26/2026**

11.    Number of employees and amounts of wages owed as of petition date:

        **TWENTY-TWO (22) EMPLOYEES**

12.    Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

        **Status: Compliant and in Good Standing**.

---

[1] The purported collateral securing the Secured Creditor's loan is worth far less than the sum total of the debt owed under that certain SBA Loan Agreement; making Secured Creditor an undersecured creditor in this matter.

[2] Specific values per appraisal of physical items of FFE are attached to the Schedules.

BS

13.   Anticipated emergency relief to be requested within 14 days from the petition date: **Debtor has already filed motions for emergency relief to utilize cash collateral and to maintain current financial accounts. These motions [ECF No's 5 and 6] are set for hearing February 2, 2026, at 10:30 a.m. [*see* ECF No.'s 7 and 8]; and, Debtor has also filed an expedited motion to authorize insurance and enter into a financing agreement [*see* ECF No. 19], the hearing date for which has not been set.**

*Brenda Saavedra*
BRENDA SAAVEDRA, as Secretary and Director of Operations

Dated: January 30, 2026.

JAMES B. MILLER, P.A.
James B. Miller, Esq.
Proposed Counsel to Debtor
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel: (305) 374-0200
Fax: (305) 374-0250
bkcmiami@gmail.com
jbm@title11law.com

By: /s/ James B. Miller

James B. Miller, Esq.
Fla. Bar #0009164

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Filing was served this 30th day of January, 2026, *via* U.S. Mail (first-class postage prepaid) upon those identified on the attached service list as well as service *via* CM/ECF upon those of record on the even date of filing .

By: /s/ James B. Miller

James B. Miller, Esq.
Fla. Bar #0009164

BS